UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

ROSA DILIA AVILEZ,

                 Petitioner,              Case No. 1:26-cv-1356

v.                                     Honorable Robert J. Jonker

KEVIN RAYCRAFT et al.,

                 Respondents.

_____/

## **ORDER**

Petitioner, a United States Immigration and Customs Enforcement (ICE) detainee currently detained at the North Lake Processing Center located in Baldwin, Lake County, Michigan, initiated this action by filing a *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. (Pet., ECF No. 1.) In an order entered on April 30, 2026, the Court directed Respondents to show cause, within three business days, why the writ of habeas corpus and other relief requested by Petitioner should not be granted. (Order, ECF No. 4.) Respondents filed their response on May 5, 2026. (ECF No. 5.) Petitioner filed a reply on May 11, 2026. (ECF No. 7.)

The record before the Court indicates that while Petitioner was in ICE custody, she filed a "Request for voluntary release," which the Detroit Immigration Court interpreted as a motion for bond. (Order Immigration Judge, ECF No. 5-6, PageID.90.) On April 25, 2026, the Detroit Immigration Court ordered that a bond hearing "shall be scheduled promptly." (*Id*.) Petitioner was scheduled to appear before the Detroit Immigration Court for an individual hearing on May 12, 2026. (Notice of Internet-Based Hearing, ECF No. 5-7, PageID.93.) The parties do not provide

any other information about the May 12, 2026, hearing, including whether it addressed Petitioner's request for a bond.

Accordingly,

**IT IS ORDERED** that within three business days, Respondents shall submit a written response setting forth the outcome of the May 12, 2026, hearing, including whether Petitioner's custody status was addressed at that hearing. As applicable, Respondents shall include a copy of the Immigration Judge's order for the May 12, 2026, hearing, as an exhibit. To the extent that Respondents provided Petitioner a bond hearing in Immigration Court at any other time since she was taken into ICE custody on January 8, 2026, Respondents shall submit a written response setting forth the outcome of that bond hearing and shall include a copy of any order arising from the hearing as an exhibit.

Dated:   May 26, 2026                              /s/ Robert J. Jonker
                                                    Robert J. Jonker
                                                    United States District Judge

2